UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FLEETWOOD HUMDY JR,<br><br>　　　　Petitioner,<br><br>　v.<br><br>D EUENION, Warden,<br><br>　　　　Respondent. | NO. CV 18-8148-AB (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: May 26, 2021

　　　　　　　　　　　　　　　　　　ANDRE BIROTTE JR
　　　　　　　　　　　　　　　　　　United States District Judge